

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| RICARDO CARRILLO, | § | No. 08-14-00174-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 120th Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| | § | |
| State. | § | (TC# 20120D02487) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until

**February 14, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the

State's brief and forward the same to this Court on or before February 14, 2015.

IT IS SO ORDERED this 14th day of January, 2015.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.